DAWN A. PARIS, Respondent, *v.* R. Z. SPAULDING COMPANY, INC., et al., Appellants.

(Submitted May 1, 1936; decided May 19, 1936.)

*John J. Conners, Jr.*, for appellants.

*A. H. F. Seeger* and *A. C. N. Thompson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.